DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ALEX G. TSE (CABN 152348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6855
    FAX: (415) 436-7234
    Alex.Tse@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>TYFON COOPER, and<br>NATHANIEL WATTS,<br><br>    Defendants. | CASE NO. CR-19-277 RS<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND FOR THE EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Date: November 5, 2019<br>Time: 2:30 p.m. |

The parties through their undersigned counsel of record hereby agree to and stipulate as follows:

1. The Court has set a further status conference for November 5, 2019.

2. Due to scheduling conflicts and the imminent substitution of new counsel for the government, the parties agree to continue the status conference to November 19, 2019, at 2:30 p.m., or the next available court date.

3. The parties further agree to waive the appearance of defendant Tyfon Cooper at the next status conference. Mr. Cooper is enrolled in a drug treatment program, and in furtherance of that program, the parties agree it would be preferable for Mr. Cooper to remain in treatment

and his appearance can be waived at the next scheduled status conference. If circumstances should change in the interim, Mr. Cooper will appear in Court as scheduled.

4. The parties further agree and request that the time between November 5, 2019, and November 19, 2019, should be excluded in order to provide reasonable time necessary for the effective preparation of counsel, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The ends of justice served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial and in the prompt disposition of the criminal cases.

IT IS SO STIPULATED.

DATED: November 1, 2019

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

/s/
_____
ALEX G. TSE
Assistant United States Attorney

/s/ AGT per email authorization
_____
KATHRYN ROSS
Counsel for TYFON COOPER

/s/ AGT per email authorization
_____
DENA MARIE YOUNG
Counsel for NATHANIEL WATTS

# ORDER

For good cause shown, IT IS HEREBY ORDERED that the status conference shall be continued to November 19, 2019, at 2:30 p.m. Based on the reasons stated above, the Court hereby finds just cause that for adequate preparation of the case by all parties, and in the interest of justice, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), an exclusion of time is warranted under the Speedy Trial Act.

IT IS HEREBY FURTHER ORDERED that defendant Tyfon Cooper's appearance at the next status conference is waived for good cause shown. Finally, IT IS HEREBY FURTHER ORDERED that time is excluded until November 19, 2019.

DATED: 11/1/19

_____
HON. RICHARD SEEBORG
United States District Court