Kathryn Ross [CSBN 171100]
Attorney at Law
803 Hearst Avenue
Berkeley, CA 94710
Phone: 510-210-8898
katie@kathrynrosslaw.com

Attorney for Defendant Mr. Tyfon Cooper

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>TYFON COOPER,<br><br>    Defendant. | Case No.: 19-CR-00277-001-RS<br><br>**STIPULATION, REQUEST AND [PROPOSED] ORDER TO CONTINUE SENTENCING.** |

  Counsel for the defense wishes to reschedule the sentencing hearing currently scheduled for July 16, 2024, at 9:30 a.m., to August 6, 2024, at 9:30 a.m. The government has no objection to the request.

  Information provided in the draft presentence report requires that the defense present additional information to the government, and further discussion between the parties. Counsel for Mr. Cooper certifies that she obtained approval from counsel for the government and probation to file this stipulation, request, and proposed order.

Stipulation, REQUEST and [Proposed] order to continue Sentencing. Case No.: 19-CR-00277-001-RS

SO STIPULATED.

DATED:  June 21, 2024.                                         ISMAIL RAMSEY

United States Attorney

/s/
DANIEL PASTOR
Assistant United States Attorney

/s/
KATHRYN ROSS
Attorney for Mr. Cooper

### [PROPOSED] ORDER

Accordingly, and for good cause shown, THE COURT ORDERS THAT:

Based on the reasons provided in the stipulation of the parties above, the Court hereby FINDS that the ends of justice are served by continuing the matter to August 6, 2024 at 9:30a.m.

IT IS SO ORDERED.

DATED:  June 21, 2024                                         _____
                                                                              HON. RICHARD SEEBORG
                                                                              UNITED STATES DISTRICT JUDGE

Stipulation, REQUEST and [Proposed] order to continue Sentencing. Case No.: 19-CR-00277-001-RS